17,070 -15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

CAUSE NO. _____

KIRBY GARDNER, §
  Relator § IN THE TEXAS COURT
§
V. § OF CRIMINAL APPEALS
CHRIS DANIEL, Harris County §
District Clerk, Respondent §


APPLICATION FOR WRIT OF MANDAMUS


To The Honorable Court of Criminal Appeals:

COMES NOW, Kirby Gardner, Relator in the above styled numbered cause of action requesting leave for Application for Writ of Mandamus for Cause No. 831335-F from the 185th District Court of Harris County, Texas to wit:

I.

RELATOR

Kirby Gardner, TDCJ No. 1003719 is presently incarcerated at the Dominguez Unit, 6535 Cagnon Rd., San Antonio, Tx. 78252 on revocation of parole rendered September 30, 2015.

Relator has exhausted his remedies and have no other adequate remedy at law.

The act sought to be compelled by Writ is ministerial from the office of Harris County's district clerk, and is not otherwise discretionary under law pursuant

(1)

to Art. 2.21, and Art. 11.07 §3(c) to the Texas Code of Criminal Procedures.

Said statutory duties requires a district clerk to timely transmit a copy of a writ of habeas corpus to this Court of Criminal Appeals for final review. See IN RE ESCARENO, 297 S.W.3d 288 (Tex. Crim. App. '09)

Relator filed an application for Article 11.07 September 21, 2015 in the 185th District Court of Harris County, TX., under Cause No. 831335-F.

On October 5th the state filed its Original Answer seeking Order Designating Issues unresolved.

## II.

### Respondent

Chris Daniel, in his capacity as district clerk of Harris County, Texas, P.O. Box 4651, Houston, TX. 77210-4651 is responsible for performing all ministerials duties imposed on his office by law. id. 297 S.W.3d @ 291-92.

## III.

### VIOLATION OF ARTICLE 11.07 §3(c) TCCP

As of this 23rd day of December 2015, neither, the Respondent, or/ the State has served Relator a judgment from the 185th District Court granting an ODI or/ denying an ODI.??

A total of 58 days and counting, has pass without the Respondent forwarding the application to this Court of Criminal Appeals. for final review pursuant to law, beginning October 5, 2015.

(2)

Even in the event of an untimely ODI, the Respondent has no authority to continue to hold the application, as such ministerials duties requires the timely transfer of the application and ALL related documents of record under Art. 11.07 §3(c) to this Court of Criminal Appeals. id 297 S.W. 3d @ 291-92.

Relator, by letters, beginning October 19th as to the status of the application has gone unanswered by the Respondent.

## IV.

## PRAYER FOR RELIEF

WHEREFORE, Relator respectfully request relief in:

1) finding Respondent has not transmitted the application timely to this Court of Criminal Appeals as ministerials duties requires under Art. 2.21, & Art. 11.07 §3(c) T.C.C.P.,

2) Relator has brought this cause of action for redress in good faith, and,

3) Relator has substantially prevailed for issue of writ of mandamus,

4) Order may be issued from this Court directing Respondent to forward copies of the application for Art. 11.07 and ALL related documents filed in Cause No. 831335-F from the 185th District Court of Harris Co., without further

(3)

delay as such ministerials duties requires under law. id 297 S.W. 3d @ 291-92.

Respectfull,

Kirby Gardner
Relator
Kirby Gardner #1003719
6535 Cagnon Rd. /B5-52
San Antonio, Tx. 78252

## - CERTIFICATE OF SERVICE -

By U.S. Postal Service via mailroom of the

Dominguez Unit of TDCJ, Relator attest serves

upon: OFFICE OF THE CLERK, COURT OF CRIMINAL

APPEALS, P.O. BOX 12308, CAP. STA., AUSTIN, TX. 78711

this 23rd day of December 2015.

Kirby Gardner
Relator
Kirby Gardner #1003719
6535 Cagnon Rd./ B5-52
(4.)    San Antonio, TX. 78252